**FILED**

JUL 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    3298

|  |  |
|---|---|
| Plaintiff, | CASE NO. _____ |
| vs. | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendant. |  |

PJH

(PR)

I, DAVid · VELASQUEZ, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A $0.00__    Net: __N/A $0.00__

Employer $0.00    N/A    $0.00    N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  WORKED CONSTRUCTION WITH FAMILY
5  NOT EMPLOYED LEGALY. JUST UNDER THE
6  TABLE MONEY. WORKED ONE YEAR AND MADE
   $400.00 A WEEK FROM JAN 1997 TO DEC 1998.
7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or            Yes  X   No ___
10      self employment
11  b.  Income from stocks, bonds,         Yes ___  No  X
12      or royalties?
13  c.  Rent payments?                     Yes ___  No  X
14  d.  Pensions, annuities, or            Yes ___  No  X
15      life insurance payments?
16  e.  Federal or State welfare payments, Yes ___  No  X
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  $1-50 FROM AMERICAN PUBLISHERS MAGAZINE
22  _____

23  3.  Are you married?                   Yes ___  No  X
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ 0.00  N/A         Net $ 0.00  N/A
28  4.  a.  List amount you contribute to your spouse's support: $ N/A
                                                                   0.00

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   DAVID VELASQUEZ JR. & CARISSA M. VELASQUEZ
6   MICHAEL MIRANDA-VELASQUEZ
7   5.   Do you own or are you buying a home?   Yes ___ No  X
8   Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A  $0.00
9   6.   Do you own an automobile?   Yes ___ No X  $0.00
10  Make N/A   Year N/A   Model N/A
11  Is it financed? Yes N/A No N/A  If so, Total due: $ N/A  $0.00
12  Monthly Payment: $ N/A  $0.00
13  7.   Do you have a bank account? Yes N/A No N/A (Do not include account numbers.)
14  Name(s) and address(es) of bank: N/A
15  
16  Present balance(s): $ 0.00  $0.00
17  Do you own any cash? Yes ___ No X  Amount: $ N/A  $0.00
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes N/A No N/A
20  
21  8.   What are your monthly expenses?   0.00
22  Rent: $ 0.00  N/A   Utilities:  N/A
23  Food: $ 0.00  N/A   Clothing $0.00  N/A
24  Charge Accounts:
25  Name of Account         Monthly Payment       Total Owed on This Acct.
26  0.00                  $ 0.00                $ 0.00
27  N/A                   $ N/A                 $ N/A
28  N/A                   $ N/A                 $ N/A

1  9. Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  SOUTHERN DISTRICT OF COURT OF SOUTHERN CALIFORNIA
4  880 FRONT ST. SAN DIEGO CA. I OWE $350.00 FOR LAWSUIT §1983 07-CV-1130 LAB (CAB)
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed. : IN RE: UNITED STATES DISTRICT COURT SOUTHERN
9  DISTRICT OF CALIFORNIA - 880. FRONT.ST. SUITE. 4290.
   SAN DIEGO CA. 92101-8900. CIVIL CASE NO. 07-CV-1130 LAB(CAB)
10  #07-CV-1130 LAB(CAB)
11  I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

16  7·16·08                    David Velasquez
17  DATE                       SIGNATURE OF APPLICANT

Case Number: **CV 08-3298 PJH (PR)**

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of David Velasquez  D75915  for the last six months at Pelican Bay State Prison where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $0.34 and the average balance in the prisoner's account each month for the most recent 6-month period was $.034.         (20%= $0.07)

Dated: 7/22/08

_____
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-22-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  K Loppin
TRUST OFFICE

```
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                               PELICAN BAY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 22, 2008

  ACCOUNT NUMBER : D75915                         BED/CELL NUMBER: CF03U 000000221L
  ACCOUNT NAME   : VELASQUEZ, DAVID                  ACCOUNT TYPE: I
  PRIVILEGE GROUP: D
                                    TRUST ACCOUNT ACTIVITY
          TRAN
  DATE    CODE  DESCRIPTION     COMMENT      CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
  -----   ----  -----------     -------      ---------    --------    -----------    -------

  01/01/2008    BEGINNING BALANCE                                                       0.00

  01/25*DD30 CASH DEPOSIT    3199RF#108                      2.03                       2.03
  01/30*W512 LEGAL POSTAGE   3275                                          0.58         1.45
  01/30 W512 LEGAL POSTAGE   3275                                          1.45         0.00
  01/31 W919 REVERSE LEGAL   3295/3275                                     0.41-        0.41
  01/31 W213 FEDERAL FILIN   3295 1/25                                     0.41         0.00


                          * RESTITUTION ACCOUNT ACTIVITY

  DATE SENTENCED: 12/19/02                        CASE NUMBER: CF10773
  COUNTY CODE:    IMP                             FINE AMOUNT: $     200.00

      DATE        TRANS.    DESCRIPTION                      TRANS. AMT.    BALANCE
      ----        ------    -----------                      -----------    -------

  01/01/2008    BEGINNING BALANCE                                            122.52

  01/25/08      DR30      REST DED-CASH DEPOSIT                  2.24-       120.28

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                               TRUST ACCOUNT SUMMARY

    BEGINNING      TOTAL        TOTAL        CURRENT       HOLDS       TRANSACTIONS
     BALANCE     DEPOSITS    WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED
    ---------    --------    -----------     -------      -------      ------------

       0.00        2.03         2.03           0.00         0.00           0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-22-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
    TRUST OFFICE

```
    CURRENT
   AVAILABLE
    BALANCE
   ---------
      0.00
```