DAVID. VELASQUEZ
C.D.C.R. I.D. NO. D-75915
P.O. BOX. 7500.
CRESCENT CITY, CA.
95531-7500
(PRO SE)

(LETTER/DECLARATION
TO: CLERK AND COURT)

**FILED**
JUL 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

July · 28 · 2008

DEAR: OFFICE OF THE CLERK,

HELLO HOW ARE YOU. AS FOR ME/PLAINTIFF I'M OKAY CONSIDERING I'M IN PRISON/SHU. THE REASON FOR THIS LETTER/MISSIVE IS SO THAT THIS HONORABLE COURT AND JUDGE KNOW THAT PETITIONER/PLAINTIFF IS PROCEEDING IN (LAYMAN TERMS) *33902 CAL. RULE 29.6. IS NOW RULE 29.6. RENUMBERED RULE 8..540, AMENDED, EFF: JAN · 1, 2007. AND PETITIONER/PLAINTIFF HAS ONLY A 3-3.- G.P.L. AND NEEDS "COUNSEL".

ALSO PLAINTIFF HAS EXHUSTED HIS FIRST WRIT OF HABEAS WITH DEL NORTE SUPERIOR COURT IN CRESCENT CITY CALIFORNIA. DEL NORTE CASE NO. HCPB-07-5175. AND PLAINTIFF ALSO EXHUSTED CASE NO A-119898 IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA FIRST APPELLATE DISTRICT "DIVISION ONE" AND I REALLY HATE TO SAY, THAT I WAS DENIED. WHY? I DO NOT KNOW? ESPECIALLY SINCE THERE IS ALOT OF EVIDENCE IN PLAINTIFF'S (OPPOSITION) RE: CASE NO. A-119898 INFORMAL RESPONSE, OPPOSITION) IF THIS HONORABLE COURT TAKES THE TIME TO READ IT IN IT'S ATTIRE I'M SURE YOU WILL FIND MANY REASONS TO GRANT JURY TRIAL DEMANDED. I DO HAVE EXTRA COPY'S OF SAID OPPOSITION THAT I CAN FORWARD IF REQUESTED UNLESS YOUR HONORABLE COURT ALREADY HAS IT ON FILE?......

PLAINTIFF ALSO MADE CHANGES TO THE FRONT COVER SHEET(S) TO REFLECT THE CORRECT COURT. FROM 9th CIRCUIT TO: "THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA."

---

DEL NORTE CASE NO. HCPB-07-5175.
DOC. NO. A-119898.

CIVIL NO. CV-08-3298 PJH
(PR)

1.

PLAINTIFF NEEDS THE <u>NORTHERN DISTRICT CALIFORNIA LOCAL RULES BOOK</u> AS WELL.

PLAINTIFF KNOWS LITTLE OF THE LAW AND I AM DOING THE BEST I CAN DO. ESPECIALLY WITH THIS LAW LIBRARY IN (P.B.S.P.) PELICAN BAY STATE PRISON LAW LIBRARY IT IS REAL HARD TO EVEN GO DO RESEARCH BECAUSE WE NEVER HARDLY GO. EVEN IF WE HAVE A DEADLINE TO MEET. AND WITH MY 3.3. G.P.L LEVEL. IT IS REAL HARD FOR PLAINTIFF TO LITIGATE WHEN I DON'T KNOW WHAT I'M DOING. ALL I KNOW IS, THAT PLAINTIFF WAS WRONGLY ACCUSED OF SOME FALSE ALLEGATIONS THAT I CAN! AND WILL PROVE IF GIVEN THE OPPRETUNITY TO PROCEED IN JURY TRIAL. AND I/PLAINTIFF ASK THIS HONORABLE COURT RESPECTFULLY TO APPOINT PLAINTIFF WITH COUNSEL "<u>PLEASE</u>". THANK YOU. AND WITH THAT SAID I BID YOU ALL A GOOD DAY.

I, DAVID. VELASQUEZ, DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE FOREGOING IS TRUE AND CORRECT.

DATED THIS 28 DAY OF JULY, 2008

SIGNED: *David Velasquez*
DECLARANT SIGNATURE

DAVID. VELASQUEZ

DEL NORTE CASE NO. HCPB-07-5175
DOC NO. A-119898.

CIVIL NO-CV-08-3298-PJH
(PR)

2.